1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   EDWARD SAMUEL FULLER,          )        1:05-CV-0867 AWI DLB P
                                    )
12                                  )        SECOND ORDER TO SUBMIT NEW
              Plaintiff,            )        APPLICATION TO PROCEED IN
13            vs.                   )        FORMA PAUPERIS AND CERTIFIED
                                    )        COPY OF TRUST ACCOUNT
14   DR. NICHOLSON,  et al.,        )        STATEMENT **OR** PAY FILING FEE
                                    )
15                                  )
              Defendants.           )
16                                  )
                                    )
17   _____                )

18            Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42

19   U.S.C. § 1983.  On August 12, 2005, the court ordered plaintiff to submit an application to

20   proceed in forma pauperis or pay the $250.00 filing fee.  On September 7, 2005, plaintiff

21   submitted an application to proceed in forma pauperis.  However, plaintiff's application was not

22   on the appropriate form pursuant to 28 U.S.C. § 1915, and did not include the required original

23   signature by an authorized officer of the institution of incarceration.  Additionally, plaintiff has

24   not submitted a certified copy of his prison trust account statement for the six month period

25   immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915.  Plaintiff will be

26

                                          1

provided the opportunity to submit a new application to proceed in forma pauperis and a certified copy of his trust account statement, **or** to pay the $250.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

2.  Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis and an original certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $250.00 filing fee for this action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:     October 3, 2005**                     **/s/ Dennis L. Beck**
3c0hj8                                         UNITED STATES MAGISTRATE JUDGE

2